JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTINE MUSTHALER,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**JP MORGAN CHASE BANK,** and **DOES 1** through **10,** inclusive,<br><br>Defendants. | Case No. 8:17-CV-00794-JVS-DFM<br><br>**ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice as to the Named Plaintiff and without prejudice as to the Putative Class. Each party shall bear their own costs and expenses.

Dated this 15th day of June, 2017

_____
The Honorable James V. Selna

Order to Dismiss - 1